IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-12-600<br><br>**COMPLEX CASE** |
| EARNEST GIBSON, III, *et al.* | | |

# O R D E R

The court held an interim pretrial conference in this case on February 15, 2013. An oral motion was made for a continuance based on the voluminous discovery required. The government and codefendants are all unopposed to the continuance  The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED.

The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 14, 2013 |
| Responses are to be filed by: | October 28, 2013 |
| Interim Pretrial Conference is set for: | **April 4, 2013 at 8:30 a.m.** |
| Second Interim Pretrial Conference is set for: | **June 4, 2013, at 8:30 a.m.** |
| Third Interim Pretrial Conference is set for: | **August 6, 2013, at 8:30 a.m** |
| Final Pretrial Conference is reset to**:** | **November 1, 2013 at 8:30 a.m.** |
| Jury Selection is reset to: | **November 13, 2013 at 9:00 a.m.** |
| Jury Trial is reset to: | **November 18, 2013 at 9:00 a.m.** |

SIGNED on February 19, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge