IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600 |
| | § | |
| | § | **COMPLEX CASE** |
| | § | |
| EARNEST GIBSON, III, *et al.* | § | |

**O R D E R**

Defendant Earnest Gibson, IV filed a motion for continuance. (Docket Entry No. 153). The government and codefendants are all unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED.

The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 7, 2014 |
| Responses are to be filed by: | March 24, 2014 |
| Interim Pretrial Conference is set for: | **January 3, 2014 at 10:00 a.m.** |
| Second Interim Pretrial Conference is set for: | **March 28, 2014, at 8:30 a.m.** |
| Third Interim Pretrial Conference is set for: | **May 2, 2014, at 8:30 a.m** |
| Final Pretrial Conference is reset to**:** | **May 27, 2014 at 10:30 a.m.** |
| Jury Selection/Trial is reset to: | **June 2, 2014 at 9:00 a.m.** |

No further extensions will be granted.

SIGNED on September 17, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge