IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-600 |
| | § | |
| | § | |
| ERNEST GIBSON, III, *et al*. | § | |

**O R D E R**

The United States' Motion to Continue Due Date for United States' Patient File Exhibit List, (Docket Entry No. 157), is granted in part.  The government must produce the list of patient files it intends to introduce as evidence at trial by **March 21, 2014**.

SIGNED on October 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge