IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-12-600<br><br>**COMPLEX CASE** |
| EARNEST GIBSON, III, *et al.* | | |

# O R D E R

The government filed an unopposed motion for a continuance. (Docket Entry No. 178). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED.

The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 25, 2014 |
| Responses are to be filed by: | August 8, 2014 |
| Interim Pretrial Conference is set for: | **February 24, 2014 at 5:00 p.m.** |
| Second Interim Pretrial Conference is set for: | **April 14, 2014 at 9:00 a.m.** |
| Third Interim Pretrial Conference is set for: | **August 11, 2014 at 9:00 a.m** |
| Final Pretrial Conference is reset to**:** | **August 28, 2014 at 9:30 a.m.** |
| Jury Selection/Trial is reset to: | **September 8, 2014 at 9:00 a.m.** |

The April 14th and August 11th conferences will be held by video conference. The government will attend by video. All counsel will meet in the Court's designated conference area on the fourth floor.

SIGNED on January 6, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge