IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600-1 |
| | § | |
| EARNEST GIBSON III | § | |

**O R D E R**

On July 24, 2014, Defendant Earnest Gibson III moved to modify his bail conditions to allow him to serve as a consultant to Riverside General Hospital, (Docket Entry No. 212). The government responded, (Docket Entry No. 221). The court will address the motion and response at the scheduled August 11, 2014 hearing.

SIGNED on August 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge