**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-600 |
| | § | |
| | § | |
| EARNEST GIBSON III | § | |
| EARNEST GIBSON IV | § | |
| REGINA ASKEW | § | |
| ROBERT CRANE | § | |

**ORDER**

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the

jury on October 13, 2014. This order is directed to the Financial Section for reimbursement to the

Clerk providing the meal.

SIGNED on October 13, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge