IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600 |
| | § | |
| | § | |
| EARNEST GIBSON III | § | |
| EARNEST GIBSON IV | § | |
| REGINA ASKEW | § | |
| ROBERT CRANE | § | |

## ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on October 14, 2014. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on October 14, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge