UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| VS. | § | CRIM ACTION NO. H-12-600-1 |
| | § | |
| | § | |
| EARNEST GIBSON III | § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed a Pro Se Motion for Stay of Judgment (Instrument No. 479); however, it is deficient as checked.

1. [ ] Document is not signed. (L.R.2.A.)

2. [ ] Document does not comply with L.R.2.C.1(a) through (e).

3. [ ] Caption of the document is incomplete. (L.R.3.D.)

4. [ ] No certificate of service nor explanation why service is not required. (L.R.3.F.)

5. [ ] Motion does not comply with L.R.6.
   a. [ ] No statement of opposition or non-opposition. (L.R.6.B.)
   b. [ ] No statement of conference between counsel. (L.R.6.A.4.)
   c. [ ] No separate proposed order attached. (L.R.6.A.3.)

6. [ ] Motion to consolidate does not comply with L.R.6.G.

7. [ ] Requests for extensions of deadlines for completion of discovery or for postponement of trial must be signed by the *attorney and party* making the request. [¶ 3 Plan, Civil Justice Reform Act of 1990].

8. [ ] Motion does not comply with this Court's rule governing motions. (Court Procedures - Rule 4.G. & H.)

9. [X] Other: **Defendant has counsel. All motions must be filed through his counsel and not Pro Se**

The document is stricken from the record.

SIGNED on June 3, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge